| FABER. DAVID A. | U. S. District Court<br>Southern District of WV | 5 August 1991 |
|---|---|---|
| **Title**<br>Judge | Date of Entry/Nomination/Termination<br>(only if initial or final report)<br>Nominated on 1 August 1991 | Reporting Period<br>(Calendar year, or<br>inclusive dates)<br>1 January 1990<br>to<br>31 July 1991 |
| **Home or office address**<br>' 813 Cedar Road<br>Charleston. WV 25314    (Home Address) | | |

> **IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

**POSITION**  **NAME OF ORGANIZATION/ENTITY**

[ ] NONE  (No reportable positions)

| Partner | Spilman. Thomas. Battle & Klostermeyer |
|---|---|
| Colonel (Staff Legal Officer) | West Virginia Air National Guard |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

**DATE**  **PARTIES AND TERMS**

[ ] NONE  (No reportable agreements)

12 October 1978 · Spilman. Thomas. Battle & Klostermeyer partnership agreement  as amended provides for payment, at the end of the calendar quarter in which a partner withdraws from the firm. of that partner's share of the firm's net profits

(See VIII)

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

**DATE**  **SOURCE AND TYPE**  **GROSS INCOME**
(Honoraria only)  (yours, not spouse's)

[ ] NONE  (No reportable non-investment income)

| | | |
|---|---|---|
| 1 | Spilman. Thomas. Battle & Klostermeyer (law partnership) | $ 215.755 |
| 2 | U. S. Department of Justice (Salary as special AUSA) | $ 7,800 |
| 3 | Dept. of the Air Force (W. Va. Air Nat'l Guard) | $ 13,695 |
| 4 | | $ |
| 5 | | $ |

ATTACHMENT 1

Page 1

Digitized by Google

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|--------|-------------|

X  NONE  (No such reportable reimbursements or gifts)

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|

X  NONE  (No such reportable gifts)

| | | S |
| | | S |
| | | S |
| | | S |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|----------|-------------|-------------|

X  NONE  (No reportable liabilities)

* VALUE CODES:
J = $0 to $1,000   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

Digitized by Google

VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | If not exempt from disclosure | | | | |
| | | | | | | Date Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Common stock 300 Amdahl Corp. | A | Div. | K | T | Buy | 7/11/90 | L | | | |
| 2 Common stock 200 GE scores | A | None | K | T | | | | | | |
| 3 Common stock 100 Bristol Myers Squibb | B | Div. | L | T | Buy | 1/19/90 | L | | | |
| 4 Bonds 50,000 CATS Series M | A | None | M | T | | | | | | |
| 5 Common stock 400 Chemical Bank | B | Div. | | T | Sold | 7/27/90 | L | A | | |
| 6 Common stock 300 Commonwealth Edison | C | Div. | L | T | | | | | | |
| 7 Common stock 600 Contel Corp. | B | Div. | | T | convert to GTE | 3/15/91 | M | F | | |
| 8 Common stock 762 GTE Corp. | B | Div. | M | T | Acq. in merger | 3/15/91 | | | | |
| 9 Preferred stock 500 Int'l Corona A | B | Div. | K | T | | | | | | |
| 10 Preferred stock 1,000 Int. Corona A | B | Div. | L | T | Buy | 7/27/90 | L | | | |
| 11 Common stock 750 DPL, Inc. | C | Div. | M | T | | | | | | |
| 12 Common stock 1,000 MFS Multi. Trust | B | Div. | | T | Sold | 7/27/90 | L | A | | |
| 13 Common stock 500 Putnam Conv.&Bond Fnd | B | Div. | | T | Sold | 7/27/90 | K | A | | |
| 14 Common stock 200 Smithkline Beecham ADR | B | Div. | | T | Sold | 1/11/91 | L | C | | |
| 15 Preferred stock 400 Triton Energy Corp. | C | Div. | M | T | Buy | 1/19/90 | L | | | |
| 16 25,000 U.S. Treas. Bonds 8.25 Due 5/15/05 | D | Int. | M | T | | | | | | |
| 17 Preferred stock 500 Valero Nat. Gas | C | Div. | | T | Sold | 5/10/91 | L | A | | |
| 18 Common stock 100 Mobil Corp. | B | Div. | L | T | Buy | 7/27/90 | L | | | |
| 19 Common stock 400 Stryker Corp. | B | Div. | L | T | Buy | 7/30/90 | L | | | |
| 20 Common stock 100 Waste Mgt. Inc. | A | Div. | K | T | Buy | 9/26/90 | K | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)    B = $101 to $1,000    C = $1,001 to $2,500    D = $2,501 to $5,000
E = $5,001 to $15,000    F = $15,001 to $50,000    G = $50,001 to $100,000    H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)    K = $1,001 to $5,000    L = $5,001 to $15,000    M = $15,001 to $50,000
N = $50,001 to $100,000    O = $100,001 to $250,000    P = over $250,000
3 Value Method Codes: Q = Appraisal    R = Cost (real estate only)    S = Assessed value    T = Cash/market
U = Book value    V = Other    W = Estimated

Page 3

Digitized by Google

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

ITEM II CONTINUED:    to the date of withdrawal.  The agreement also provides for payment, as soon as practical after withdrawal, of the interpolated reserve value of any policy of life insurance carried by this firm on the withdrawing partner. The partnership also has a Keough plan in which I participate.  I intend to roll my interest in this plan over into a personal IRA as soon as possible after my withdrawal from the firm.

EXPLANATION OF PART VII:    Items 1 through 20 on page 3 above and items 1 through 4 on the attachment are assets in self-directed IRA with Smith, Barney, Harris & Upham Co., Charleston, WV.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _David A. Baker_          Date _6 Aug. 1991_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C. APP.1, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1.  Mail signed original and 3 additional copies to:    Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2.  Deliver one copy to the Clerk of the Court on which you sit or serve.  (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period Amt. Code¹ (A-H) | Type (e.g. div.) | C. Gross value at end of period Value Code² (J-P) | Value Method Code³ (Q-W) | D. Transactions during period (Reporting individual and spouse) Type (e.g. sold) | Date Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Common stock 200 Bell South Corp. | A | | L | T | Buy | 6/21/91 | L | | |
| 2 Common stock 200 Lubrizol Corp. | A | | L | T | Buy | 6/21/91 | L | | |
| 3 Common stock 700 Emerging Germany Fnd. | A | | L | T | Buy | 7/15/91 | L | | |
| 4 SB Money Funds (Formerly Nat. Liquid Reserves) | B | Int. | L | T | | | | | |
| 5 Common stock - 1500 Nat'l Bank of Commerce  J | B | Div. | | T | Sold | 4/22/91 | L | A | |
| 6 Common stock - 1000 Zweig Fund Inc.  J | B | Div. | | T | Sold | 6/13/90 | L | C | |
| 7 Money market CEF Gov't Sec. Portfolio  J | B | Int. | J | T | | | | | |
| 8 USAA Money Market Funds  J | C | Int. | L | T | | | | | |
| 9 Legg Mason Value Trust Mutual Fund  J | B | Div. | M | T | | | | | |
| 10 USAA Gold Fund Mutual Fund  J | A | Div. | L | T | | | | | |
| 11 Checking Account United National Bank  J | B | Int. | K | T | | | | | |
| 12 Numismatic Coin Collection | A | | L | W | | | | | |
| 13 1.119A Lot, Derrick's Crk. Rd.,Sissonville. WV  J | A | | L | W | | | | | |
| 14 Remainder int. 1.372 A. Derrick's Crk Rd.Snv.WV  J | A | | M | R | Buy | 4/11/90 | M | | |
| 15 Checking account Charleston Nat'l Bank  J | A | | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)  E = $5,001 to $15,000  B = $101 to $1,000  F = $15,001 to $50,000  C = $1,001 to $2,500  G = $50,001 to $100,000  D = $2,501 to $5,000  H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)  N = $50,001 to $100,000  K = $1,001 to $5,000  O = $100,001 to $250,000  L = $5,001 to $15,000  P = over $250,000  M = $15,001 to $50,000
3 Value Method Codes: Q = Appraisal  U = Book value  R = Cost (real estate only)  V = Other  S = Assessed value  W = Estimated  T = Cash/market

Attachment to report of David A. Faber     5 August 1991

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 3 | 600 | 00 | Notes payable to banks—secured | 29 | 559 | 00 |
| U.S. Government securities—add schedule | | | -0- | Notes payable to banks—unsecured | | | -0- |
| Listed securities—add schedule | 219 | 190 | 00 | Notes payable to relatives | 11 | 900 | 00 |
| Unlisted securities—add schedule | | | -0- | Notes payable to others | | | -0- |
| Accounts and notes receivable: | | | | Accounts and bills due | 3 | 000 | 00 |
| Due from relatives and friends | | | -0- | Unpaid income tax | | | -0- |
| Due from others | | | -0- | Other unpaid tax and interest | | | -0- |
| Doubtful | | | -0- | Real estate mortgages payable—add schedule | 74 | 326 | 00 |
| Real estate owned—add schedule | 166 | 000 | 00 | Chattel mortgages and other liens payable | | | -0- |
| Real estate mortgages receivable | | | -0- | Other debts—itemize: | | | -0- |
| Autos and other personal property | 181 | 000 | 00 | | | | |
| Cash value—life insurance | | | -0- | | | | |
| Other assets—itemize: Interest in law firm's retirement account | 21 | 000 | 00 | | | | |
| | | | | Total liabilities | 118 | 785 | 00 |
| | | | | Net worth | 472 | 005 | 00 |
| Total assets | 590 | 790 | 00 | Total liabilities and net worth | 590 | 790 | 00 |
| **CONTINGENT LIABILITIES** | | | | **GENERAL INFORMATION** | | | |
| As endorser, comaker or guarantor | | | -0- | Are any assets pledged? (Add schedule.)  NO | | | |
| On leases or contracts | | | -0- | Are you defendant in any suits or legal actions?  NO | | | |
| Legal Claims | | | -0- | | | | |
| Provision for Federal Income Tax | | | -0- | Have you ever taken bankruptcy? NO | | | |
| Other special debt | | | -0- | | | | |

ATTACHMENT 2

Digitized by Google